ROSE BRENNAN, Respondent, *v.* TRAVELERS INSURANCE COMPANY, Appellant.

Argued March 7, 1946; decided April 18, 1946.

*Bernard J. McGlinn* and *Louis P. Galli* for appellant.

*Samuel Robert Weltz* and *Benjamin M. Franklin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.